In the Matter of PAOLO W. and Another, Children Alleged to be Neglected. SCHENECTADY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PAUL W., Appellant.

Submitted January 5, 2009; decided February 19, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM L. HILTS, Also Known as T and TRUE, Appellant.

Submitted December 1, 2008; decided February 19, 2009

Motion to vacate this Court's July 14, 2008 dismissal order granted [see 10 NY3d 954 (2008)]. Motion for assignment of counsel granted and David Lazer, Esq., care of Lazer, Aptheker, Rosella & Yedid, P.C., Melville Law Center, 225 Old Country Road, Melville, New York 11747-2712 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT C. WEAVER, Appellant.

Submitted February 17, 2009; decided February 19, 2009

Motion by National Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT C. WEAVER, Appellant.

Submitted February 17, 2009; decided February 19, 2009

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.